**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| FITNESS ANYWHERE LLC, | Case No. 19-cv-04155 |
| Plaintiff, | |
| | **Judge John Z. Lee** |
| v. | |
| | **Magistrate Judge Sheila M. Finnegan** |
| 95SP_KK, et al., | |
| Defendants. | |

**SEALED TEMPORARY RESTRAINING ORDER**

THIS CAUSE being before the Court on Plaintiff Fitness Anywhere LLC ("TRX" or "Plaintiff") *Ex Parte* Motion for Entry of a Temporary Restraining Order, Including a Temporary Injunction, a Temporary Asset Restraint, and Expedited Discovery, and Motion for Electronic Service of Process Pursuant to Fed. R. Civ. P. 4(f)(3) (the "Motions") against the defendants identified in Schedule A to the Amended Complaint and attached hereto (the "Defendants") and using at least the online marketplace accounts identified in Schedule A (the "Defendant Internet Stores"), and this Court having heard the evidence before it hereby GRANTS Plaintiff's Motions in their entirety.

This Court further finds that it has personal jurisdiction over the Defendants since the Defendants directly target their business activities toward consumers in the United States, including Illinois. Specifically, Defendants are reaching out to do business with Illinois residents by operating one or more commercial, interactive Defendant Internet Stores through which Illinois residents can purchase products that infringe directly and/or indirectly the following patented TRX Design.

1

| Patent Number | Claim | Issue Date |
|---|---|---|
| D669,945 | | October 30, 2012 |

FIG. 1

FIG. 2

FIG. 3

FIG. 4

FIG. 5

FIG. 6

FIG. 7

This Court also finds that issuing this Order without notice pursuant to Rule 65(b)(1) of the Federal Rules of Civil Procedure is appropriate because TRX has presented specific facts in the Declaration of Marisa Christie [13], paragraphs 14-20, and the Declaration of Justin R. Gaudio [12], paragraphs 2-4, in support of the Motion for Temporary Restraining Order and accompanying evidence clearly showing that immediate and irreparable injury, loss, or damage will result to the movant before the adverse party can be heard in opposition. Specifically, in the absence of an *ex parte* Order, Defendants could and likely would modify content and move any assets from accounts in U.S.-based financial institutions, including PayPal accounts, to offshore accounts. *Id.* As other courts have recognized, proceedings against those who deliberately traffic in infringing merchandise are often useless if notice is given to the adverse party. Accordingly, this Court orders that:

1. Defendants, their affiliates, officers, agents, servants, employees, attorneys, confederates, and all persons acting for, with, by, through, under or in active concert with them be temporarily enjoined and restrained from:

   a. offering for sale, selling, and importing any products not authorized by TRX and that include any reproduction, copy or colorable imitation of the design claimed in the TRX Design;

   b. aiding, abetting, contributing to, or otherwise assisting anyone in infringing upon the TRX Design; and

   c. effecting assignments or transfers, forming new entities or associations or utilizing any other device for the purpose of circumventing or otherwise avoiding the prohibitions set forth in Subparagraphs (a) and (b).

3

2.  Defendants and any third party with actual notice of this Order who is providing services for any of the Defendants, or in connection with any of the Defendant Internet Stores or other online marketplace accounts operated by Defendants, including, without limitation, any online marketplace platforms such as iOffer, eBay, AliExpress, Alibaba, Amazon, Wish.com, and Dhgate, web hosts, sponsored search engine or ad-word providers, credit cards, banks, merchant account providers, third party processors and other payment processing service providers, and Internet search engines such as Google, Bing, and Yahoo (collectively, the "Third Party Providers") shall, within five (5) business days after receipt of such notice, provide to TRX expedited discovery, including copies of all documents and records in such person's or entity's possession or control relating to:

    a.  the identities and locations of Defendants, their agents, servants, employees, confederates, attorneys, and any persons acting in concert or participation with them, including all known contact information, including any and all associated e-mail addresses;

    b.  the nature of Defendants' operations and all associated sales, methods of payment for services and financial information, including, without limitation, identifying information associated with the Defendant Internet Stores and Defendants' financial accounts, as well as providing a full accounting of Defendants' sales and listing history related to their respective Defendant Internet Stores;

    c.  any of the Defendant Internet Stores;

    d.  any other online marketplace accounts registered by Defendants; and

    e.  any financial accounts owned or controlled by Defendants, including their agents, servants, employees, confederates, attorneys, and any persons acting in concert or

4

participation with them, including such accounts residing with or under the control of any banks, savings and loan associations, payment processors or other financial institutions, including, without limitation, PayPal, Inc. ("PayPal"), Alipay, Wish.com, Amazon Pay, or other merchant account providers, payment providers, third party processors, and credit card associations (e.g., MasterCard and VISA).

3. Upon TRX's request, those in privity with Defendants and those with notice of the injunction, including the Third Party Providers as defined in Paragraph 2, shall, within five (5) business days after receipt of such notice:

    a. disable and cease providing services being used by Defendants, currently or in the future, to engage in the sale of goods that infringe the TRX Design;

    b. disable and cease displaying any advertisements used by or associated with Defendants in connection with the sale of infringing goods using the TRX Design; and

    c. take all steps necessary to prevent links to the Defendant Internet Stores identified on Schedule A from displaying in search results, including, but not limited to, removing links to the Defendant Internet Stores from any search index.

4. Defendants and any persons in active concert or participation with them who have actual notice of this Order shall be temporarily restrained and enjoined from transferring or disposing of any money or other of Defendants' assets until further ordered by this Court.

5. Any Third Party Providers, including PayPal, Alipay, Wish.com, and Amazon Pay, shall, within five (5) business days of receipt of this Order, for any Defendant or any of the Defendant Internet Stores:

    a.  locate all accounts and funds connected to Defendants or the Defendant Internet Stores, including, but not limited to, any financial accounts connected to the information listed in Schedule A hereto, the e-mail addresses identified in Exhibit 2 to the Declaration of Marisa Christie, and any e-mail addresses provided for Defendants by third parties; and

    b.  restrain and enjoin any such accounts or funds that are not U.S. based from transferring or disposing of any money or other of Defendants' assets until further ordered by this Court.

6.    TRX may provide notice of these proceedings to Defendants, including notice of the preliminary injunction hearing and service of process pursuant to Fed. R. Civ. P. 4(f)(3), by electronically publishing a link to the Amended Complaint, this Order and other relevant documents on a website and by sending an e-mail to the e-mail addresses identified in Exhibit 2 to the Declaration of Marisa Christie and any e-mail addresses provided for Defendants by third parties that includes a link to said website. The Clerk of the Court is directed to issue a single original summons in the name of "95SP_KK and all other Defendants identified in the Amended Complaint" that shall apply to all Defendants. The combination of providing notice via electronic publication and e-mail, along with any notice that Defendants receive from payment processors, shall constitute notice reasonably calculated under all circumstances to apprise Defendants of the pendency of the action and afford them the opportunity to present their objections.

7.    Plaintiff's Amended Complaint [9] and Exhibit 1 and 2 thereto [9-1] - [9-7], [9-8] Schedule A to the Complaint [8] and the Amended Complaint [9-9], Exhibit 2 to the

Declaration of Marisa Christie [14], and this Order shall remain sealed until further ordered by this Court.

8.  TRX shall deposit with the Court ten thousand dollars ($10,000.00), either cash or surety bond, as security, which amount was determined adequate for the payment of such damages as any person may be entitled to recover as a result of a wrongful restraint hereunder.

9.  Any Defendants that are subject to this Order may appear and move to dissolve or modify the Order on two days' notice to TRX or on shorter notice as set by this Court.

10. This Temporary Restraining Order without notice is entered at 9:00 A.M. on this 26th day of June 2019 and shall remain in effect for fourteen (14) days.

_____

John Z. Lee
United States District Judge

Dated 6/26/19

7

Fitness Anywhere LLC v. 95sp_kk, et al. - Case No. 19-cv-04155

# Schedule A

| No. | Defendant Name / Alias | No. | Defendant Name / Alias |
|---|---|---|---|
| 1 | 95sp_kk | 2 | Amy body |
| 3 | angela.liang | 4 | aplus-bargain |
| 5 | aushen99 | 6 | autocontinpurchase |
| 7 | auto-sincerely-sale | 8 | Balabele |
| 9 | best_wish_2018 | 10 | bestcollection999 |
| 11 | blab1391 | 12 | BrotherSports Store |
| 13 | Constant Fitness Store | 14 | deepbluest6 |
| 15 | djmdghkjx | 16 | DLINE Store |
| 17 | DOUBLE FISH Official Store | 18 | dreamfactorysoldshop365 |
| 19 | ever_fortunate | 20 | Evoke Fitness Industries Co., Ltd. |
| 21 | FAVSPORTS Store | 22 | fit & healthy sportsmall store |
| 23 | Freedom Life Store | 24 | FUJIAN C-long Flly Co.,Ltd |
| 25 | funtig80 | 26 | gabswy0 |
| 27 | Geakbros Outdoor Store | 28 | golden_melody |
| 29 | goodsshopping | 30 | H -OFICIAL Store |
| 31 | hlx_tech | 32 | hou1win2 |
| 33 | I love with fitness franchised store | 34 | ITSTYLE Official Store |
| 35 | ItStyle Store | 36 | J Bryant Fitness |
| 37 | JIEXING Store | 38 | JNJ outdoors Store |
| 39 | KINJAZ H-life Store | 40 | KUUBEE outdoor Store |
| 41 | larastar2018 | 42 | LAY Store |
| 43 | Lights Mountain GYM Gear Store | 44 | likesports18 |
| 45 | Lotus Industrial Co. | 46 | LuLu Fitness Store |
| 47 | Mask 2.0 Store | 48 | mastersmartgear |
| 49 | MWILLFIT Store | 50 | Nantong Guli Fitness Co., Ltd. |
| 51 | Nantong Titanium Strength Systems Co., Ltd. | 52 | newyoutube |
| 53 | NF Fitness Store | 54 | nxr867 |
| 55 | omagax | 56 | Outdoor Camping Store |
| 57 | Outdoor Sporting Store | 58 | pengroad store |
| 59 | ProCircle Fitness Training Products (Suzhou) Co., Ltd | 60 | procircle_fitness |
| 61 | rayup_store | 62 | Shenzhen Gymarts Technology Company Limited |
| 63 | Shop1194162 Store | 64 | Shop1211066 Store |
| 65 | Shop3714012 Store | 66 | Shop4433094 Store |
| 67 | Shop4619004 Store | 68 | Shop4660051 Store |

| No. | Defendant Name / Alias | No. | Defendant Name / Alias |
|---|---|---|---|
| 69 | Skangduke | 70 | skdk sporting store |
| 71 | Storm Wind | 72 | swellfish01-1 |
| 73 | TAVIEW FIT Store | 74 | thebmhk |
| 75 | tjh584439792 | 76 | tjkjds |
| 77 | tmall-offical | 78 | uk.homeware-diy |
| 79 | Unicorn Ltd | 80 | unicornltd08 |
| 81 | Visionarytech | 82 | vmhi8330 |
| 83 | Weekeight Outdoor store | 84 | win.max-sport |
| 85 | xx28 you store | 86 | yangyuwakaka |
| 87 | yellowprice | 88 | yongfa423 |
| 89 | YOUGLE store | 90 | Younicetech |
| 91 | ypdirect | 92 | yuanbao668 |
| 93 | Yunvo Outdoor Sports CO., LTD | 94 | Yutonglong-us |
| 95 | Zanla Sporting Store | 96 | 5billion-fitness |

| No. | Defendant Marketplace URL | No. | Defendant Marketplace URL |
|---|---|---|---|
| 1 | ebay.com/usr/95sp_kk | 2 | aliexpress.com/store/1816148 |
| 3 | ebay.com/usr/angela.liang | 4 | ebay.com/usr/aplus-bargain |
| 5 | ebay.com/usr/aushen99 | 6 | ebay.com/usr/autocontinpurchase |
| 7 | ebay.com/usr/auto-sincerely-sale | 8 | wish.com/merchant/5aa521b9b9605f12a974eb5c |
| 9 | ebay.com/usr/best_wish_2018 | 10 | ebay.com/usr/bestcollection999 |
| 11 | ebay.com/usr/blab1391 | 12 | aliexpress.com/store/3624054 |
| 13 | aliexpress.com/store/4499133 | 14 | ebay.com/usr/deepbluest6 |
| 15 | ebay.com/usr/djmdghkjx | 16 | aliexpress.com/store/3375044 |
| 17 | aliexpress.com/store/3569003 | 18 | ebay.com/usr/dreamfactorysoldshop365 |
| 19 | ebay.com/usr/ever_fortunate | 20 | evokefitness.en.alibaba |
| 21 | aliexpress.com/store/3861104 | 22 | aliexpress.com/store/4423151 |
| 23 | aliexpress.com/store/2348254 | 24 | wish.com/merchant/55a7ba850e8245404e2c5f16 |
| 25 | ebay.com/usr/funtig80 | 26 | ebay.com/usr/gabswy0 |
| 27 | aliexpress.com/store/4246040 | 28 | ebay.com/usr/golden_melody |
| 29 | ebay.com/usr/goodsshopping | 30 | aliexpress.com/store/1955590 |
| 31 | ebay.com/usr/hlx_tech | 32 | ebay.com/usr/hou1win2 |
| 33 | aliexpress.com/store/1292408 | 34 | aliexpress.com/store/4506011 |
| 35 | aliexpress.com/store/102554 | 36 | aliexpress.com/store/1476170 |
| 37 | aliexpress.com/store/3200022 | 38 | aliexpress.com/store/1197960 |
| 39 | aliexpress.com/store/2937052 | 40 | aliexpress.com/store/905422 |
| 41 | ebay.com/usr/larastar2018 | 42 | aliexpress.com/store/3083019 |
| 43 | aliexpress.com/store/1473023 | 44 | ebay.com/usr/likesports18 |

| No. | Defendant Marketplace URL | No. | Defendant Marketplace URL |
|---|---|---|---|
| 45 | aliexpress.com/store/1089866 | 46 | aliexpress.com/store/2666028 |
| 47 | aliexpress.com/store/913346 | 48 | ebay.com/usr/mastersmartgear |
| 49 | aliexpress.com/store/4272028 | 50 | gulifitness.en.alibaba |
| 51 | titanium-strength.en.alibaba | 52 | ebay.com/usr/newyoutube |
| 53 | aliexpress.com/store/2386042 | 54 | ebay.com/usr/nxr867 |
| 55 | ebay.com/usr/omagax | 56 | aliexpress.com/store/4233038 |
| 57 | aliexpress.com/store/510608 | 58 | aliexpress.com/store/4477039 |
| 59 | wish.com/merchant/5588d447cf53303f82fef7d7 | 60 | ebay.com/usr/procircle_fitness |
| 61 | ebay.com/usr/rayup_store | 62 | gymarts.en.alibaba |
| 63 | aliexpress.com/store/1194162 | 64 | aliexpress.com/store/1211066 |
| 65 | aliexpress.com/store/3714012 | 66 | aliexpress.com/store/4426122 |
| 67 | aliexpress.com/store/4619004 | 68 | aliexpress.com/store/4660051 |
| 69 | wish.com/merchant/5c4a85c6f16fcc07c13e88e7 | 70 | aliexpress.com/store/4388075 |
| 71 | aliexpress.com/store/1757545 | 72 | ebay.com/usr/swellfish01-1 |
| 73 | aliexpress.com/store/4404035?spm=2114.10010108.0.0.303f665fX8IrfS | 74 | ebay.com/usr/thebmhk |
| 75 | ebay.com/usr/tjh584439792 | 76 | ebay.com/usr/tjkjds |
| 77 | ebay.com/usr/tmall-offical | 78 | ebay.com/usr/uk.homeware-diy |
| 79 | A2V9RHQP63JVK5 | 80 | ebay.com/usr/unicornltd08 |
| 81 | ARDFTB7OCMAFM | 82 | ebay.com/usr/vmhi8330 |
| 83 | aliexpress.com/store/1872519 | 84 | ebay.com/usr/win.max-sport |
| 85 | aliexpress.com/store/4441024 | 86 | wish.com/merchant/5b08112d7e43f232c116cc7f |
| 87 | ebay.com/usr/yellowprice | 88 | ebay.com/usr/yongfa423 |
| 89 | aliexpress.com/store/409201 | 90 | AEPA7U4UX5DDO |
| 91 | ebay.com/usr/ypdirect | 92 | ebay.com/usr/yuanbao668 |
| 93 | aliexpress.com/store/1820658 | 94 | A29Q9M72CS1IS0 |
| 95 | aliexpress.com/store/2623070 | 96 | ebay.com/usr/5billion-fitness |