**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

FITNESS ANYWHERE LLC,

        Plaintiff,

v.

95SP_KK, et al.,

        Defendants.

Case No. 19-cv-04155

**Judge John Z. Lee**

**Magistrate Judge Sheila M. Finnegan**

## NOTICE OF DISMISSAL UNDER RULE 41(a)(1)

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Fitness Anywhere LLC ("TRX" or "Plaintiff") hereby dismisses this action with prejudice against the following Defendants:

| Defendant Name | Line No. |
|---|---|
| Balabele | 8 |
| best_wish_2018 | 9 |
| deepbluest6 | 14 |
| Djmdghkjx | 15 |
| ever_fortunate | 19 |
| golden_melody | 28 |
| J Bryant Fitness | 36 |
| Lights Mountain GYM Gear Store | 43 |
| Skangduke | 69 |
| skdk sporting store | 70 |
| Tjkjds | 76 |
| Yangyuwakaka | 86 |
| yongfa423 | 88 |
| Yougle Store | 89 |
| Zanla Sporting Store | 95 |

Dated this 30th day of August 2019.　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　/s/ RiKaleigh C. Johnson
　　　　　　　　　　　　　　　　　　Amy C. Ziegler
　　　　　　　　　　　　　　　　　　Justin R. Gaudio
　　　　　　　　　　　　　　　　　　RiKaleigh C. Johnson
　　　　　　　　　　　　　　　　　　Greer, Burns & Crain, Ltd.
　　　　　　　　　　　　　　　　　　300 South Wacker Drive, Suite 2500
　　　　　　　　　　　　　　　　　　Chicago, Illinois 60606
　　　　　　　　　　　　　　　　　　312.360.0080
　　　　　　　　　　　　　　　　　　312.360.9315 (facsimile)
　　　　　　　　　　　　　　　　　　aziegler@gbc.law
　　　　　　　　　　　　　　　　　　jgaudio@gbc.law
　　　　　　　　　　　　　　　　　　rjohnson@gbc.law

　　　　　　　　　　　　　　　　　　*Counsel for Plaintiff Fitness Anywhere LLC*

2