Exhibit 2

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| FITNESS ANYWHERE LLC,<br><br>        Plaintiff,<br><br>v.<br><br>95SP_KK, et al.,<br><br>        Defendants. | Case No. 19-cv-04155<br><br>**Judge John Z. Lee**<br><br>**Magistrate Judge Sheila M. Finnegan** |

## PLAINTIFF'S FIRST SET OF REQUESTS FOR ADMISSIONS TO DEFENDANTS

Pursuant to Rules 26 and 36 of the Federal Rules of Civil Procedure, Plaintiff Fitness Anywhere LLC ("TRX" or "Plaintiff"), by and through its counsel, hereby requests each of the Defendants identified herein to answer the following Requests for Admissions, separately and fully in writing under oath within five (5) days of receipt hereof pursuant to Paragraph 2 of the Preliminary Injunction Order. [38] at ¶ 2.

.

## REQUESTS FOR ADMISSION

<u>Request for Admission 1.</u>   Admit that You own the Defendants' Internet Stores.

<u>Request for Admission 2.</u>   Admit that You operate the Defendants' Internet Stores.

<u>Request for Admission 3.</u>   Admit that You offered for sale and sold products infringing at least one of the Plaintiff's patented designs.

<u>Request for Admission 4.</u>   Admit that You are not authorized to sell goods under the TRX Design.

<u>Request for Admission 5.</u>   Admit that Your supplier is not authorized to sell goods under the TRX Design.

<u>Request for Admission 6.</u>   Admit that You did not obtain an opinion from United States counsel about the legality of offering for sale each of the Infringing Products.

<u>Request for Admission 7.</u>   Admit that Your profits from the sale of the Infringing Products totals more than $100,000.

## DEFINITIONS AND INSTRUCTIONS

1. In addition to the definitions and instructions set forth in Fed. R. Civ. P. 36, the following definitions and instructions apply to the Requests for Admissions set forth above and should be considered as part of each such request:

2. As used herein, "Defendant" shall include the following Internet Stores identified by the Internet Store Name and URL.

| No. | URL | Internet Store Name |
|---|---|---|
| 1 | ebay.com/usr/95sp_kk | 95sp_kk |
| 3 | ebay.com/usr/angela.liang | angela.liang |
| 12 | aliexpress.com/store/3624054 | BrotherSports Store |
| 13 | aliexpress.com/store/4499133 | Constant Fitness Store |
| 16 | aliexpress.com/store/3375044 | DLINE Store |
| 17 | aliexpress.com/store/3569003 | DOUBLE FISH Official Store |
| 20 | evokefitness.en.alibaba | Evoke Fitness Industries Co., Ltd. |
| 21 | aliexpress.com/store/3861104 | FAVSPORTS Store |
| 22 | aliexpress.com/store/4423151 | fit & healthy sportsmall store |
| 24 | wish.com/merchant/55a7ba850e8245404e2c5f16 | FUJIAN C-long Flly Co.,Ltd |
| 26 | ebay.com/usr/gabswy0 | gabswy0 |
| 27 | aliexpress.com/store/4246040 | Geakbros Outdoor Store |
| 30 | aliexpress.com/store/1955590 | H -OFICIAL Store |
| 32 | ebay.com/usr/hou1win2 | hou1win2 |
| 33 | aliexpress.com/store/1292408 | I love with fitness franchised store |
| 34 | aliexpress.com/store/4506011 | ITSTYLE Official Store |
| 35 | aliexpress.com/store/102554 | ItStyle Store |
| 37 | aliexpress.com/store/3200022 | JIEXING Store |
| 38 | aliexpress.com/store/1197960 | JNJ outdoors Store |
| 39 | aliexpress.com/store/2937052 | KINJAZ H-life Store |

| 42 | aliexpress.com/store/3083019 | LAY Store |
|---|---|---|
| 46 | aliexpress.com/store/2666028 | LuLu Fitness Store |
| 47 | aliexpress.com/store/913346 | Mask 2.0 Store |
| 49 | aliexpress.com/store/4272028 | MWILLFIT Store |
| 50 | gulifitness.en.alibaba | Nantong Guli Fitness Co., Ltd. |
| 51 | titanium-strength.en.alibaba | Nantong Titanium Strength Systems Co., Ltd. |
| 52 | ebay.com/usr/newyoutube | newyoutube |
| 53 | aliexpress.com/store/2386042 | NF Fitness Store |
| 54 | ebay.com/usr/nxr867 | nxr867 |
| 55 | ebay.com/usr/omagax | omagax |
| 57 | aliexpress.com/store/510608 | Outdoor Sporting Store |
| 58 | aliexpress.com/store/4477039 | pengroad store |
| 62 | gymarts.en.alibaba | Shenzhen Gymarts Technology Company Limited |
| 63 | aliexpress.com/store/1194162 | Shop1194162 Store |
| 64 | aliexpress.com/store/1211066 | Shop1211066 Store |
| 65 | aliexpress.com/store/3714012 | Shop3714012 Store |
| 67 | aliexpress.com/store/4619004 | Shop4619004 Store |
| 68 | aliexpress.com/store/4660051 | Shop4660051 Store |
| 71 | aliexpress.com/store/1757545 | Storm Wind |
| 72 | ebay.com/usr/swellfish01-1 | swellfish01-1 |
| 73 | aliexpress.com/store/4404035?spm=2114.10010108.0.0.303f665fX8IrfS | TAVIEW FIT Store |
| 77 | ebay.com/usr/tmall-offical | tmall-offical |
| 80 | ebay.com/usr/unicornltd08 | unicornltd08 |
| 81 | ARDFTB7OCMAFM | Visionarytech |
| 84 | ebay.com/usr/win.max-sport | win.max-sport |
| 85 | aliexpress.com/store/4441024 | xx28 you store |
| 94 | A29Q9M72CS1IS0 | Yutonglong-us |

3. These requests are addressed to each Defendant listed in Paragraph 2 and (a) its present or former directors, officers, employees, agents, representatives, accountants, investigators, consultants, attorneys, and predecessors or successors in interest and any parent, subsidiary, or affiliated entities; (b) any other person acting on Defendants' behalf or on whose behalf Defendants acted; and (c) any other person otherwise controlled by Defendants, or which controls Defendants, or which is under common control with Defendants.

4. As used herein, "Plaintiff" shall mean, unless otherwise indicated, Fitness Anywhere LLC, any of Plaintiff's officers, directors, employees, agents and representatives, and all persons acting on Plaintiff's behalf.

5. As used herein, "Defendant" or "Defendants" or "You" or "Your" or "Yourself" shall be deemed to include the named owner(s) and/or operator(s) of Defendants' Internet Stores and Defendants' Financial Accounts, and (a) its present or former directors, officers, employees, agents, representatives, accountants, investigators, consultants, contractors, attorneys, and predecessors or successors in interest and any parent, subsidiary, or affiliated entities; (b) any other person acting on Defendants' behalf or on whose behalf Defendants acted; and (c) any other person otherwise controlled by Defendants, or which controls Defendants, or which is under common control with Defendants.

6. As used herein, "Defendants' Internet Stores" shall be deemed to include the online marketplaces listed in Paragraph 2.

7. "Lawsuit" or "Litigation" shall mean the lawsuit captioned *Fitness Anywhere LLC v. The Partnerships, et al.*, Case No. 19-cv-4155, filed on June 20, 2019, in the U.S. District Court for the Northern District of Illinois.

8. "Complaint" shall mean the Complaint and Amended Complaint filed by Plaintiff in the Lawsuit.

9. As used herein, the "TRX Design" shall collectively refer to Plaintiff's registered patented design, as shown in the Lawsuit Complaint.

10. As used herein, "Plaintiff's Products" shall mean any product offered for sale or sold using, relating to, featuring or bearing the TRX Design and/or designs identical with, or substantially similar to, the TRX Design as defined in Paragraph 9.

11. As used herein, "Infringing Products" shall mean products offered for sale or sold using, relating to, featuring or bearing a third-party patented design on the product regardless of when it became known or was alleged You were using a third-party patented design.

12. The singular form of a word should be interpreted in the plural, as well. Any pronoun shall be construed to refer to the masculine, feminine, or neuter gender as in each case is most appropriate. The words "and" and "or" shall be construed conjunctively or disjunctively, whichever makes the request most inclusive.

Dated this 11th day of September 2019.   Respectfully submitted,

/s/ Justin R. Gaudio
Paul G. Juettner
Justin R. Gaudio
RiKaleigh C. Johnson
Greer, Burns & Crain, Ltd.
300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
312.360.0080
312.360.9315 (facsimile)
pjuettner@gbc.law
jgaudio@gbc.law
rjohnson@gbc.law

*Counsel for Plaintiff Fitness Anywhere LLC*

<h1 style="text-align:center"><u>CERTIFICATE OF SERVICE</u></h1>

I hereby certify that on this 11th day of September 2019, a copy of the foregoing was served via electronic mail on the e-mail addresses identified in Exhibit 2 to the Declaration of Marisa Christie and any e-mail addresses provided for Defendants by third parties.

/s/ Justin R. Gaudio
Paul G. Juettner
Justin R. Gaudio
RiKaleigh C. Johnson
Greer, Burns & Crain, Ltd.
300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
312.360.0080
312.360.9315 (facsimile)
pjuettner@gbc.law
jgaudio@gbc.law
rjohnson@gbc.law

*Counsel for Plaintiff Fitness Anywhere LLC*
